JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

CHARLES WAYNE JONES,
Petitioner,
v.
JANINE WALLACE, Director, DSH-C,
Respondent.

No. 2:25-cv-09800-HDV-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED and this action is DISMISSED WITH PREJUDICE.

Dated: 9/23/26

HONORABLE HERNAN D. VERA
United States District Judge